UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    No. 2:21-CV-02099

REAL PROPERTY LOCATED AT
201 255 HIGHWAY, LAVACA,
AR 72941, Including all buildings,
appurtenances and improvements thereon                                                   DEFENDANT

**ORDER**

Before the Court is the motion (Doc. 20) of Claimant Billy Joe Taylor to extend the stay of this civil forfeiture action pending an ongoing, related criminal case against Mr. Taylor. The motion represents that the Government does not object. The Court finds that it is probable that proceeding with civil discovery in this case will adversely burden the right of Mr. Taylor against self-incrimination in the ongoing criminal case, therefore, good cause exists to stay this action pursuant to 18 U.S.C. § 981(g).

IT IS THEREFORE ORDERED that the motion (Doc. 20) is GRANTED and this matter is stayed for 90 days, or until the related criminal case is resolved, whichever is sooner, at which point any party may move to extend the stay.

IT IS FURTHER ORDERED that the Claimant shall notify the Court of the disposition of the related criminal case no later than 30 days following said disposition.

IT IS SO ORDERED this 20th day of January, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE